# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DRADEAN L. EUTSEY, INDIVIDUALLY
AND ON BEHALF OF OTHERS
SIMILARLY SITUATED,**

     **Plaintiffs,**

**-vs-**             **Case No.  6:11-cv-1574-Orl-28DAB**

**ORLANDO REHABILITATION GROUP,
INC.,**

     **Defendant.**

_____

# ORDER

    The parties have filed a status report indicating that they have settled the case (Doc. No.

21).  To the extent the parties seek a fairness review of the settlement,[1] they shall file settlement

documents sufficient to perform the review, including evidence with respect to the reasonableness

of any attorney's fee, within fourteen days of the date of this Order.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 30, 2012.

                *David A. Baker*
              _____
                DAVID A. BAKER
           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

_____

[1]See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).