**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DRADEAN L. EUTSEY, INDIVIDUALLY**
**AND ON BEHALF OF OTHERS**
**SIMILARLY SITUATED,**

               **Plaintiffs,**

**-vs-**                                **Case No.   6:11-cv-1574-Orl-28DAB**

**ORLANDO REHABILITATION GROUP,**
**INC.,**

               **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 23) filed February 15, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to the Report and Recommendation (Doc. No. 25), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 17, 2012 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Court finds the settlement agreement to be a fair and reasonable resolution of bona fide Fair Labor Standard Act issues.

3. The Joint Motion to Approve Settlement (Doc. No. 23) is **GRANTED**. The settlement is approved as to the terms stated in the motion.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of February, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party